IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
MARILYN DOUGLAS               )
6543 Buckland Court           )
Fort Washington, MD 20744,    )
                              )
            Plaintiff,        )
                              )
     v.                       )  Civil Action No. 07-0835 (RCL)
                              )
                              )
PAUL A. QUANDER, JR., Director,)
Court Services and Offender   )
Supervision Agency for the    )
District of Columbia          )
635 Indiana Avenue, N.W.      )
Washington, D.C. 20004-2902,  )
                              )
            Defendant.        )
                              )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                              Respectfully submitted,

                              ___/s/_____
                              DIANE M. SULLIVAN, D.C. Bar #12765
                              Assistant United States Attorney
                              555 Fourth Street, N.W.
                              Room E4919
                              Washington, D.C.  20530
                              (202) 514-7205