IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN DOUGLAS** <br><br> **Plaintiff,** <br><br> v. <br><br> **PAUL A. QUANDER, Director** <br><br> **Defendant.** | Civil No.: 07-835 (RCL) <br><br> **JURY TRIAL REQUESTED** |

### RETURN OF SUMMONS

**NOW COMES** Plaintiff, Marilyn Douglas, by and through undersigned counsel, and notices the Court of Return of Summons of service in the above-captioned matter.

1. Plaintiff initiated this litigation on May 4, 2007;

2. On May 29, 2007, Plaintiff's counsel served the U.S. Attorney's Office, addressed to the Civil Process Clerk, via Certified Mail/Restricted Delivery No. 70041160000216740656, in accordance with F.R.C.P. 4 (i) (1) (A) (see Ex. 1, as signed by "A. Jennings", on the "Track and Confirm," found on the U.S. Postal Service website)1;

3. On June 13, 2007, Defendant's counsel entered her appearance (See Appearance of Diane M. Sullivan, Assistant U.S. Attorney, Dkt. No. 2);

4. To date, Defendant has not filed Answered or responded to Plaintiff's Complaint

---

1 Plaintiff has not received the returned green card, but recently requested verification from the U.S. Postal Services.

Case 1:07-cv-00835-RCL    Document 3    Filed 08/11/2007    Page 2 of 2

within the sixty (60) day requirement pursuant to F.R.C.P. 12(a)(3)(A).

Respectfully submitted on behalf of Plaintiff:

August 11, 2007                     _____/S/_____
                                    Nathaniel D. Johnson (Federal #14729 MD)
                                    NATHANIEL D. JOHNSON & ASSOCIATES, L.L.C.
                                    3475 Leonardtown Road, Suite 200
                                    Waldorf, Maryland  20602
                                    301-645-9103
                                    301-861-0411 fax

**Certificate of Service**

I, Nathaniel D. Johnson, certify that on this date, August 11, 2007, the foregoing Return of Summons to the Court was sent, via ECF, to the following addressee:

Diane M. Sullivan, Assistant U.S. Attorney
Attorney for Defendant

                                                                    /s/

[2]

USPS - Track & Confirm

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do



Home | Help | Sign In

## Track & Confirm

Track & Confirm    FAQs

### Search Results

Label/Receipt Number: 7004 1160 0002 1674 0656
Status:

Your item was delivered at 4:32 am on May 29, 2007 in WASHINGTON, DC 20530. The item was signed for by A JENNINGS. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  (?)    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )