**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
                                  )
MARILYN DOUGLAS                   )
                                  )
            Plaintiff,            )
                                  )
     v.                           ) Civil Action No. 07-0835 (RCL)
                                  )
                                  )
PAUL A. QUANDER, JR.,Director,)
Court Services and Offender       )
Supervision Agency for the        )
District of Columbia              )
                                  )
            Defendant.            )
                                  )
_____)
```

## ANSWER

### First Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Defense

Defendant denies that plaintiff is a qualified handicapped individual or was entitled to reasonable accommodation under the Rehabilitation Act.

### Third Defense

Defendant denies that if plaintiff is a qualified handicapped individual or was entitled to reasonable accommodation under the Rehabilitation Act, she was denied the same by defendant.

**Fourth Defense**

Defendant denies that plaintiff was subjected to a hostile work environment. Defendant further asserts that it exercised reasonable care to prevent and correct promptly any alleged harassing behavior.

**Fifth Defense**

The defendant responds to the numbered paragraphs of the complaint as follows:

1. This paragraph contains plaintiff's jurisdictional allegations and conclusions of law to which no response is deemed necessary. To the extent an answer is deemed required, they are denied.

2. To the extent that the Court has jurisdiction over this action, venue would be proper in the District of Columbia.

3. Defendant presently lacks sufficient knowledge or information to form a belief as plaintiff's residence but admits she is a citizen.

4. Denied.

5. The defendant admits that Paul A. Quander is Director of the Court Services and Offender Supervision Agency for the District of Columbia, a federal agency, and that he is sued in his official capacity. The remaining allegations in Paragraph 5 are conclusions of law to which no response is required. To the

extent a response is deemed required, defendant admits that it is subject to Title VII of the Rehabilitation Act.

    6.    Admitted.

    7.    Defendant presently lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in the first sentence of this paragraph. Therefore, it is denied. The second sentence of this paragraph contains conclusions of law to which no response is deemed to be required but to the extent an answer is required, they are denied.

    8.    Defendant reiterates its answers to the allegations as stated in paragraphs 1 through 7 above and incorporates them by reference herein.

    9.    Denied.

    10.    Defendant admits that plaintiff was authorized to receive training in the area of improving the proficiency of her performance.

    11.    Denied.

    12.    Denied.

    13.    Denied.

    14.    Denied

    15.    Denied.

16. Defendant admits that plaintiff was charged LWOP by her immediate supervisor but that action was later rescinded and plaintiff's leave was restored.

17. Denied.

18. Denied.

19. Defendant reiterates its answers to the allegations as stated in paragraphs 1 through 18 above and incorporates them by reference herein.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Defendant reiterates its answers to the allegations as stated in paragraphs 1 through 25 above and incorporates them by reference herein.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

The remainder of plaintiff's Complaint is plaintiff's prayer for relief to which an answer is not required, but insofar as an answer may be required, defendant denies that plaintiff is entitled to the relief requested or to any relief whatsoever.

All allegations in the Complaint not heretofore specifically admitted, modified, or denied are hereby denied as completely as if separately and specifically denied.

Wherefore, it is respectfully requested that the Complaint be dismissed with prejudice and that the Court grant such further relief as it deems appropriate.

                          Respectfully submitted,

                          __/s/_____
                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                          United States Attorney

                          __/s/_____
                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                          Assistant United States Attorney

                          __/s/_____
                          DIANE M. SULLIVAN, D. C. BAR # 12765
                          Assistant United States Attorney
                          Judiciary Center Building
                          555 Fourth Street, N.W.
                          Room E4919
                          Washington, D.C. 20530
                          (202) 514-7205