UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARILYN DOUGLAS,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-835 (RCL) |
| **PAUL A. QUANDER, JR.,** Director, Court Services and Offender Supervision Agency for the District of Columbia, | ) | |
| Defendant. | ) | |

## ORDER

Defendant, Paul A. Quander, Jr., has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 22, 2007.