IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
MARILYN DOUGLAS               )
                              )
          Plaintiff,          )
                              )
   v.                         )  Civil Action No. 07-0835 (RCL)
                              )
                              )
PAUL A. QUANDER, JR.,Director,)
Court Services and Offender   )
Supervision Agency for the    )
District of Columbia          )
                              )
          Defendant.          )
                              )
_____)
```

**JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE**

Pursuant to LCvR 16.3, the parties hereby report to the Court that counsel for the parties conferred on by e-mail on September 5, 7 and 11, 2007. As a consequence, the parties hereby report to the Court as follows:

1. Nature of Case: This is a discrimination and reprisal case brought under the Rehabilitation Act, by an African American who alleges she has a disability and was denied reasonable accommodation and training to improve her performance. Plaintiff also alleges she was retaliated against and subjected to a hostile work environment. The defendant denies plaintiff is a qualified handicapped individual, that she was entitled to reasonable accommodation, or that she was denied reasonable accommodation. The defendant further denies that plaintiff was

the victim of retaliation or subjected to a hostile work environment. Defendant asserts that it exercised reasonable care to prevent and correct promptly any alleged harassing behavior.

    2. <u>Case Scheduling</u>:  There are no pending motions. However, defendant believes that the claims in this case may be resolved through a dispositive motion; plaintiff disagrees.  In any case, the parties agree that discovery should not be stayed at this time for dispositive motions.  However, the defendant reserves the right to file a dispositive motion at any time during the course of discovery and request a stay.

    3. <u>Joinder/Amendment/Narrowing</u>:  The parties do not anticipate the need to join third parties.  Neither party believes that the legal or factual issues can be narrowed at this time.

    4. <u>Assignment To Magistrate Judge</u>: The parties do not consent to assignment of this case to a magistrate judge.

    5. <u>Settlement Possibility</u>:  The parties (defendant) do (does) not see a realistic possibility of settlement at this time. Defendant believes that such discussions, if any, would be more appropriate after the completion of discovery in this case.

    6. <u>Alternative Dispute Procedures</u>: At this time, the parties (defendant) do not believe that the case could benefit from the Court's ADR process.  The parties will inform the Court

if it appears that mediation might be useful later in this process.

    7.   <u>Dispositive Motions</u>:  Defendant believes that plaintiff's claims can be resolved by a dispositive motion. The parties agree that the deadline for dispositive motions should be as follows: The parties propose that dispositive motion will be filed on April 30, 2008, oppositions will be filed on May 15, 2008 and replies will be filed by June 5, 2008.

    8.   <u>Initial Disclosures</u>: The parties agree to dispense with initial disclosures.

    9.   <u>Discovery</u>:  The parties agree that discovery should close March 1, 2008, with the presumptive limits of the local rules imposed upon the number of depositions and interrogatories. The parties agree that request for admission will comply with the presumptive limits of the local rules.  The parties agree that documents will be produced in a form as close as possible to the original, and that they will continue to confer as document production becomes imminent in accordance with Fed. R. Civ. P. 26(f).

    10.  <u>Experts</u>:  The parties agree that plaintiff's Rule 26(a)(2) report will be served by January 4, 2008 with defendant's report to be served February 20, 2008.  Expert depositions may be taken outside the discovery period.

11. <u>Class Action Procedures</u>:  Not applicable.

12. <u>Bifurcation of Discovery or Trial</u>:  The parties do not see any need for bifurcation.

13. <u>Proposed Date For The Pretrial Conference</u>:  The parties agree that the Court should not set the date for the pretrial conference at this time.

14. <u>Trial Date</u>:  The parties agree that the Court should not schedule a firm trial date at the scheduling conference.

15. <u>Other Matters:</u>  None.

                                      Respectfully submitted,

| | |
|---|---|
|    /S/ |    /S/ |
| NATHANIEL D. JOHNSON | JEFFREY A. TAYLOR |
| Federal # 14729 MD | D.C. Bar #498610 |
| 3475 Leonardtown Road | United States Attorney |
| Suite 200 | |
| Waldorf, MD 20602 |    /S/ |
| (301) 645-9103 | RUDOLPH CONTRERAS, |
| | D.C. Bar #434122 |
| Attorney for Plaintiff | Assistant United States Attorney |
| | |
| |    /S/ |
| | DIANE M. SULLIVAN |
| | D.C. Bar #12765 |
| | Assistant United States Attorney |
| | Judiciary Center Building |
| | 555 Fourth Street, N.W. |
| | Room E4919 |
| | Washington, D.C.  20530 |
| | (202) 514-7205 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
                                  )
MARILYN DOUGLAS                   )
                                  )
           Plaintiff,             )
                                  )
     v.                           ) Civil Action No. 07-0835 (RCL)
                                  )
                                  )
PAUL A. QUANDER, JR., Director,   )
Court Services and Offender       )
Supervision Agency for the        )
District of Columbia              )
                                  )
           Defendant.             )
                                  )
_____)
```

## SCHEDULING ORDER

UPON CONSIDERATION OF the parties' Local Civ. R. 16.3 statement, the Court enters the following scheduling order:

1. Discovery will close on March 1, 2008.

2. Plaintiff's 26(a)(2) report will be due on January 4, 2007. Defendant's 26(a)(2) report will be due January 4, 2008.

3. Dispositive motions are due by April 30, 2008; Oppositions are due by May 15, 2008 and reply briefs are due by June 5, 2008.

SO ORDERED THIS _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE