UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN DOUGLAS,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL A. QUANDER, JR.,<br>Director, Court Services and Offender<br>Supervision Agency for the District<br>of Columbia,<br><br>    Defendant. | Civil Action No. 07-835 (RCL) |

## SCHEDULING ORDER

UPON CONSIDERATION OF the parties' Local Civ. R. 16.3 statement, the Court enters the following scheduling order:

    1.  Discovery will close on March 1, 2008.

    2.  Plaintiff's 26(a)(2) report will be due on January 4, 2008.  Defendant's 26(a)(2) report will be due January 4, 2008.

    3.  Dispositive motions are due by April 30, 2008; Oppositions are due by May 15, 2008 and reply briefs are due by June 5, 2008.

    SO ORDERED.


    Signed by Royce C. Lamberth, United States District Judge, on September 26, 2007.