IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
MARILYN DOUGLAS                )
                               )
            Plaintiff,         )
                               )
     v.                        )  Civil Action No. 07-0835 (RCL)
                               )
                               )
PAUL A. QUANDER, JR.,Director, )
Court Services and Offender    )
Supervision Agency for the     )
District of Columbia           )
                               )
            Defendant.         )
                               )
_____)
```

**JOINT MOTION TO EXTEND DISCOVERY**

NOW COMES parties, Plaintiff, Marilyn Douglas, and Defendant, Paul Quander, by and through undersigned counsel, and file this joint motion to extend discovery and the corresponding schedule in the above-captioned action by three months or June 2, 2008. This is parties' first motion for an enlargement. In support of this joint motion, parties state herein as follows:

1. March 1, 2008 is the current discovery deadline in the instant action.

2. Plaintiff has had major surgery since initiating this litigation, and was largely unavailable to participate in discovery.

3. Plaintiff counsel's also has an upcoming and demanding litigation schedule which partially includes filing an Amended

Complaint in the <u>Blackman-Malloy v. USCP</u>, Civil Action No. 01-2221; preparing for dispositive motions in <u>Wilson v.WMATA</u>, Civil Action No. 05-2146 and <u>Evans v. Mukasey</u>, Civil Action No. 05-1063.

    4.    Counsel for the defendant has dispositive motions or replies due in <u>SAE Productions v. FBI, Civil Action No</u>., 07-0866; <u>Pinegar v. Federal Election Commission</u>, Civil Action No. 07-1560; <u>Abdelkarim v. Tomlinson</u>, Civil Action No. 05-1783 (five plaintiffs and twenty-four selections) and an opposition to a petition for rehearing in the Court of Appeals in <u>Wiley v. Tomlinson</u>, No. 06-5402 in the next 30 days. In addition, counsel has ongoing discovery in <u>Koehling v. U.S., et al</u>.; <u>Powell v. Leavitt</u>, Civil Action No. 07-0026 and Farris v. Rice, Civil Action No. 05-1975 and several other cases during the next two months.

|  |  |
|---|---|
| ____/S/_____<br>NATHANIEL D. JOHNSON<br>Federal # 14729 MD<br>201 Centennial Street<br>Suite A-2<br>P.O. Box 1857<br>LaPlata, Maryland  20646<br>301-645-9103<br>Fax: 301-861-0411<br><br>Attorney for Plaintiff | Respectfully submitted,<br><br>____/S/_____<br>JEFFREY A. TAYLOR<br>D.C. Bar #498610<br>United States Attorney<br><br>____/S/_____<br>RUDOLPH CONTRERAS,<br>D.C. Bar #434122<br>Assistant United States Attorney<br><br>____/S/_____<br>DIANE M. SULLIVAN<br>D.C. Bar #12765<br>Assistant United States Attorney<br>Judiciary Center Building<br>555 Fourth Street, N.W.<br>Room E4919<br>Washington, D.C.  20530<br>(202) 514-7205<br><br>Attorneys for Defendant |

```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                                   )
MARILYN DOUGLAS                    )
                                   )
            Plaintiff,             )
                                   )
     v.                            ) Civil Action No. 07-0835 (RCL)
                                   )
                                   )
PAUL A. QUANDER, JR.,Director,     )
Court Services and Offender        )
Supervision Agency for the         )
District of Columbia               )
                                   )
            Defendant.             )
                                   )
_____)
```

**ORDER**

UPON CONSIDERATION of the parties' Joint Motion to Extend Discovery, and for good cause shown, it is on this _____day of _____, 2008,

ORDERED, that the motion is GRANTED.  It is

FURTHER ORDERED that discovery and the corresponding schedule be extended up to and including June 2, 2008.

_____
UNITED STATES DISTRICT JUDGE


Copies to:

Parties via ECF