UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARILYN DOUGLAS

    PLAINTIFF,

v.

PAUL A. QUANDER

    DEFENDANT.

Civil Action No.: 07-0835 (RCL)

### FINAL CONSENT MOTION FOR AN ENLARGEMENT OF TIME

    Pursuant to Fed. R. Civ. P. 6(b) (1), Plaintiff, Marilyn Douglas, respectfully moves this Court for a two month enlargement of time to the current discovery schedule, which expires today, June 2nd, for the limited purpose of conducting two depositions. Defendant's attorney of record has consented to the relief requested herein.

    Parties have not been able to conduct depositions in the above-captioned action due to the conflict of their respective schedules. Plaintiff would like consent from this Court, respectively, to depose her former supervisor, Ms. Ferguson, and so that Defendant could also depose Plaintiff. Also, both undersigned and opposing counsel have other case representations and the pending vacation schedule of deponents warrant the requested relief of sixty days.

    Accordingly, Plaintiff respectfully requests a two month enlargement of time to conduct Plaintiff and Ms. Ferguson's depositions. This motion is not intended to cause delay or for any dilatory purpose. Defendant's counsel consents to this motion.

June 2, 2008                                        Respectfully submitted,


                                                                          /s/
                                          Nathaniel D. Johnson
                                          Richard L. Thompson
                                          Counsel for Plaintiff
                                          201 Centennial Street, Suite A-2
                                          LaPlata, Maryland 20646
                                          (301) 645-9103


## Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, June 2, 2008, the foregoing consent for enlargement was forwarded via ECF to the following:

Diane Sullivan, Attorney for Defendant


                                                                  **/s/**
                                                          Nathaniel D. Johnson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARILYN DOUGLAS

    PLAINTIFF,

v.

PAUL A. QUANDER

    DEFENDANT.

Civil Action No.:  07-0835 (RCL)

# ORDER

**WHEREBY** Plaintiff has moved this court for an enlargement of time in this matter, it is hereby **ORDERED** as follows:

Plaintiff's Consent Motion for an Enlargement of Time is hereby **GRANTED**, this _____ day of _____ 2008;

Plaintiff's Consent Motion for an Enlargement of Time is hereby **DENIED**, this _____ day of _____ 2008.

So shall it be **ORDERED**.

_____
Chief Judge, Royce Lamberth