**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                                )
MARILYN DOUGLAS                  )
                                 )
              Plaintiff,         )
                                 )
     v.                          )  Civil Action No. 07-0835 (RCL)
                                 )
                                 )
PAUL A. QUANDER, JR.,Director,   )
Court Services and Offender      )
Supervision Agency for the       )
District of Columbia             )
                                 )
              Defendant.         )
                                 )
_____)
```

## RESPONSE TO PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME

The defendant consents to plaintiff's request for an enlargement of time to complete discovery. Although defense counsel's schedule always presents scheduling difficulties, the defendant has not taken plaintiff's deposition because she has not responded to written discovery served on her in November, 2007.

Counsel for the defendant was aware that plaintiff was ill, under went surgery, and had a recuperation period. Counsel for the defendant was most happy to and is still willing to consent to any necessary extension of time rather than file a motion to compel or other appropriate motion. Defense counsel will promptly notice plaintiff's deposition once she is in receipt of

plaintiff's responses to written discovery and made arrangements

for plaintiff to depose her supervisor.

                        Respectfully submitted,


                        __/s/_____
                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                        United States Attorney


                        __/s/_____
                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney


                        __/s/_____
                        DIANE M. SULLIVAN, D. C. BAR # 12765
                        Assistant United States Attorney
                        Judiciary Center Building
                        555 Fourth Street, N.W.
                        Room E4919
                        Washington, D.C. 20530
                        (202) 514-7205