UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARILYN DOUGLAS | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No.: 07-0835 (RCL) |
| PAUL A. QUANDER, | ) | |
| Defendant | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The Defendant, pursuant to Fed. R. Civ. P. 6(b)(1), respectfully moves the Court for an enlargement of time up to and including September 24, 2008.

Presently, discovery ends August 2, 2008. To date, despite repeated assurances that Plaintiff's responses to Defendant's interrogatories and requests for production of documents would be forthcoming, Plaintiff has failed to respond to discovery served on her in November 2007. The last promised date for responses was July 18, 2008. The Defendant still has not received Plaintiff's responses and has filed a motion to compel.

In addition, shortly before defense counsel left for a funeral of a family member in California, Plaintiff's counsel requested to take the deposition of Karen Ferguson on either July 30 or July 31. On her return to the office on July 21, 2008, defense counsel learned that Ms. Ferguson has long standing vacation plans from July 30, 2008 through August 15, 2008, and is not available before the August 2, 2008 discovery cut-off date. Moreover, it is blatantly unfair for Plaintiff to ignore her discovery obligations for seven months and then seek discovery from

the Defendant at the eleventh hour.

This request for additional time will afford the Court the opportunity to resolve Defendant's motion to compel, give the Plaintiff yet another opportunity to finally respond to discovery, and allow time for the deposition of Plaintiff and Ms. Ferguson. Ms. Ferguson and defense counsel are presently available for depositions on either September 8 or 9, 2008

Counsel for the Defendant contacted plaintiff's counsel who consents to the request for an enlargement of time to complete discovery. This is the first request for an enlargement by the defendant

Wherefore, it is respectfully requested that discovery be extended up to and including September 24, 2008.

Respectfully Submitted,

　　/s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

　　/s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

　　/s/
DIANE M. SULLIVAN, D.C. BAR #427872
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, NW, E4919
Washington, D.C. 20530
(202) 514-7205

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| MARILYN DOUGLAS | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No.: 07-0835 (RCL) |
| PAUL A. QUANDER, | ) | |
| Defendant | ) | |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion to Extend Discovery, and for good cause shown, it is on this _____ day of _____, 2008,

ORDERED that the motion is GRANTED.  It is

FURTHER ORDERED that discovery and the corresponding schedule be extended up to and including September 24, 2008

_____
UNITED STATES DISTRICT JUDGE