UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARILYN DOUGLAS | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No.: 07-0835 (RCL) |
| PAUL A. QUANDER, | ) ) ) ) | |
| Defendant | ) ) | |

**ORDER**

Upon consideration of Defendant's Motion to Compel Discovery Responses, Plaintiffs' lack of opposition thereto, and the entire record herein,

ORDERED that Defendant's Motion to Compel Discovery Responses be and is hereby GRANTED; it is

FURTHER ORDERED that Plaintiff shall provide responses to Defendant's First Set of Interrogatories and Request for Production of Documents on or before August 22, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on August 12, 2008.