IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN DOUGLAS**<br>6543 Buckland Court<br>Fort Washington, MD 20744<br><br>    **Plaintiff,**<br><br>    v.<br><br>**PAUL A. QUANDER, Director**<br>**Court Services and Offender Supervision**<br>**Agency for the District of Columbia**<br>633 Indiana Avenue, NW<br>Washington, DC 20004-2902<br><br>    **Defendant.** | Civil No.: 07-835 (RCL)<br><br>JURY TRIAL REQUESTED |

## NOTICE OF WITHDRAWAL

**NOW COMES** Plaintiff, Marilyn Douglas, and notices this Court of her election to withdraw her above-captioned civil action.

Respectfully submitted on behalf of Plaintiff:

August 14, 2008

/s/
_____
Nathaniel D. Johnson (Federal #14729 MD)
201 Centennial Street, Suite A-2
P.O. Box 1857
LaPlata, Maryland  20646
301-645-9103
301-861-0411 fax

[1]

**Certificate of Service**

I, Nathaniel D. Johnson, certify that on this date, August 14, 2008, the foregoing Notice of Withdrawal was forwarded to the following addressee, via ECF:

Diane Sullivan, AUSA

Nathaniel D. Johnson: /s/

[2]