UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARILYN DOUGLAS,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL A. QUANDER, JR.,<br>Director, Court Services and Offender<br>Supervision Agency for the District<br>of Columbia,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-835 (RCL) |

## ORDER

On August 14, 2008, plaintiff filed a notice of withdrawal with the Court. The Court shall construe that filing as an unopposed motion for voluntary dismissal without prejudice. Accordingly, it is hereby

ORDERED that this matter be and is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, August 22, 2008.